ANDREW R. QUINIO, No. 288101
Email: AQuinio@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

HALEY DUTCH, Colo. Bar No. 58181*
Email: HDutch@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

*Attorneys for Plaintiff G.H., a minor,
by Rebecca Hooley*
*pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.H., a minor, by REBECCA HOOLEY the mother, legal guardian, and next friend of G.H.<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; UCSF BENIOFF CHILDREN'S HOSPITALS; MICHELLE EDNACOT, in her individual and official capacity as the CHAMPS program manager at UCSF BENIOFF CHILDREN'S HOSPITAL OAKLAND; DR. NICHOLAS HOLMES, in his individual and official capacity as President of UCSF BENIOFF CHILDREN'S HOSPITALS; and JANET REILLY, in her official capacity as President of the UNIVERSITY OF CALIFORNIA BOARD OF REGENTS,<br><br>Defendants. | No. 4:25-cv-01399-RFL<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINES** |

Plaintiff, G.H., a minor, by REBECCA HOOLEY, the mother, legal guardian, and next friend of G.H., and Defendants University of California Board of Regents ("Regents") and Janet Reilly, in her official capacity as President of University of California Board of Regents, each through their respective attorneys of record, hereby stipulate to extend the time for Defendants to respond to Plaintiffs' Complaint and continue the initial Case Management Conference currently scheduled for May 14, 2025, at 1:30 p.m. PT, and corresponding deadlines. Said stipulation is made in accordance with Northern District Local Rules 6-2, 7-12, or 16-2(e) and is based upon the following facts and circumstances:

1. Plaintiffs filed the Complaint in this matter on February 11, 2025. Dkt. No. 1.

2. On February 12, 2025, the Court entered an Order setting Initial Case Management Conference and ADR deadlines. Dkt. No. 4.

3. On February 18, 2025, the Court entered orders rescheduling the Initial Case Management Conference to May 14, 2025, at 10:00 a.m. PT, with case management statements due by May 7, 2025. Deadlines for ADR compliance and discovery cutoff were unchanged, including for the parties to file ADR certifications and complete their Rule 26(f) conference by April 24, 2025, and to make initial disclosures by May 8, 2025. Dkt. Nos. 12 and 13.

4. Defendants Regents and Ms. Reilly returned waivers of the service of summons on March 20, 2025. They are due to respond to Plaintiffs' Complaint by May 13, 2025. Dkt. Nos. 16 and 17.

5. Defendants UCSF Benioff Children's Hospitals, Dr. Nicholas Holmes, and Michelle Ednacot ("Remaining Defendants") have not yet accepted service of the Complaint or appeared in this matter despite Plaintiffs' attempts to complete service of process. Plaintiffs' efforts to serve remaining Defendants with the Complaint are ongoing, and Plaintiffs have until May 12, 2025, to complete service.

6. On April 16, 2025, counsel for the Regents and Ms. Reilly informed Plaintiffs' counsel that she would be in trial until April 25, 2025.

7. Between April 10 and April 17, 2025, counsel for the Regents, Ms. Reilly, and Plaintiffs met and conferred over email and agreed that extending the time for Defendants to

respond to the Complaint and continuing the case management conference and related deadlines would allow Plaintiffs to serve the remaining Defendants, give the remaining Defendants sufficient time to prepare for a Rule 26(f) and initial Case management conference, and provide the Regents and Ms. Reilly time to complete an initial internal fact-finding in response to Plaintiffs' claims. The extended time would further accommodate the trial schedule of counsel for the Regents and Ms. Reilly and the planned unavailability of Plaintiffs' counsel from May 26 to June 6, 2025.

8. This is the first request from the parties to extend deadlines in this matter.

9. For the foregoing reasons, Plaintiffs, Defendants UC Regents, and Ms. Reilly jointly and respectfully request that the Court extend the deadlines as follows:

| Case Management Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Response to Complaint by UC Regents and Ms. Reilly | 5/13/25 | 6/13/25 |
| Deadline to file ADR Certification. (See ADR L.R. 3) | 4/24/25 | 6/18/25 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (See F.R. Civ. P. 26(f)) | 4/24/25 | 6/18/25 |
| Deadline to make initial disclosures. (See F.R. Civ. P. 26(a)(1)) | 5/8/25 | 7/2/25 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 5/7/25 | 7/2/25 |
| Initial Case Management Conference | 5/14/25 at 1:30 p.m. PT | 7/9/25 at 1:30 p.m. PT |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully submitted this 22nd day of April, 2025.

          ANDREW R. QUINIO
          HALEY DUTCH*

          By  /s/ *Andrew R. Quinio*
               ANDREW R. QUINIO

*Attorneys for Plaintiff*
**pro hac vice*

/s/ Felicia H. Ellsworth
FELICIA H. ELLSWORTH*
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
Felicia.Ellsworth@wilmerhale.com

*Attorney for Defendants the Regents of the University of California and Janet Reilly, in her official capacity as President of the University of California Board of Regents*
**pro hac vice application forthcoming*