Timothy C. Travelstead, Esq. (SBN 215260)
Scott C. Ku, Esq. (SBN 314970)
NARAYAN TRAVELSTEAD KU P.C.
7901 Stoneridge Drive, Suite 230
Pleasanton, CA 94588
Telephone: (650) 403-0150
*Email: t.travelstead@ntkattorneys.com*
*Email: s.ku@ntkattorneys.com*
Attorneys for Defendants
Children's Hospital & Research Center At Oakland[1], Michelle Ednacot, And Dr. Nicholas Holmes

Felicia H. Ellsworth*
Debo Adegbile*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
*Email: felicia.ellsworth@wilmerhale.com*
*Email: debo.adegbile@wilmerhale.com*
Attorneys for Defendants
The Regents of the University of California and Janet Reilly
*admitted pro hac vice

Andrew R. Quinio
Haley Dutch*
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
*Email: aquinio@pacificlegal.org*
*Email: hdutch@pacificlegal.org*
Attorneys for Plaintiffs
 *admitted pro hac vice

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.H., a minor, by REBECCA HOOLEY the mother, legal guardian, and next friend of G.H. <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; UCSF BENIOFF CHILDREN'S HOSPITALS; MICHELLE EDNACOT, in her individual and official capacity as the CHAMPS program manager at UCSF BENIOFF CHILDREN'S HOSPITAL OAKLAND; DR. NICHOLAS HOLMES, in his individual and official capacity as President of UCSF BENIOFF CHILDREN'S HOSPITALS; and JANET REILLY, in her official capacity as President of the UNIVERSITY OF CALIFORNIA BOARD OF REGENTS, <br><br> Defendants. | Case No. 3:25-cv-01399-RFL <br><br> **STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINES** <br><br><br> Date Action Filed:   February 11, 2025 <br> Trial Date:            None |

---

[1] Erroneously sued as "UCSF BENIOFF CHILDREN'S HOSPITALS."

**STIPULATION AND** ~~PROPOSED~~ **ORDER** (BE-165)     Case No. 3:25-cv-01399-RFL

Plaintiffs, G.H., a minor, by REBECCA HOOLEY, the mother, legal guardian, and next friend of G.H., and Defendants Children's Hospital & Research Center at Oakland ("BCH Oakland"), Michelle Ednacot, Dr. Nicholas Holmes, The Regents of the University of California ("The Regents") and Janet Reilly (collectively "Defendants"), each through their respective attorneys of record, hereby stipulate to extend the time for Defendants to respond to Plaintiffs' Complaint and continue the initial Case Management Conference currently scheduled for September 10, 2025, at 10:00 a.m., and corresponding deadlines. Said stipulation is made in accordance with Northern District Local Rules 6-2, 7-12, or 16-2(e) and is based upon the following facts and circumstances:

1. Plaintiffs filed the Complaint in this matter on February 11, 2025. Dkt. No. 1.

2. On February 12, 2025, the Court entered an Order Setting Initial Case Management Conference and ADR deadlines. Dkt. No. 4.

3. On February 18, 2025, the Court entered orders rescheduling the Initial Case Management Conference to May 14, 2025, at 10:00 a.m., with case management statements due by May 7, 2025. Deadlines for ADR compliance and discovery cutoff were unchanged, including for the parties to file ADR certifications and complete their Rule 26(f) conference by April 24, 2025, and to make initial disclosures by May 8, 2025. Dkt. Nos. 12 and 13.

4. Defendants The Regents and Ms. Reilly returned waivers of service of summons on March 20, 2025.

5. On April 22, 2025, Plaintiffs and Defendants The Regents and Ms. Reilly filed a joint stipulation to extend their time to respond to the Complaint and to postpone the Initial Case Management Conference. Dkt. No. 18. The Court granted the stipulation on April 24, 2025, rescheduled the Initial Case Management Conference for July 9, 2025, at 10:00 a.m., and extended Defendants The Regents and Ms. Reilly's responsive pleadings deadline from May 13, 2025, to June 13, 2025. Dkt. Nos. 16-17, 25.

6. Defendants BCH Oakland, Ms. Ednacot, and Dr. Holmes returned waivers of the service of summons on May 30, 2025. Their responsive pleadings to Plaintiffs' Complaint are due by June 30, 2025. Dkt. Nos. 26, 27, 28.

7. Between May 20, 2025, and June 2, 2025, the parties met and conferred over email and by video call to discuss early resolution of this case. All parties agreed that extending the time for all Defendants to respond to the Complaint and continuing the Initial Case Management Conference and related deadlines would allow the parties to engage in settlement discussions.

8. On June 4, 2025, the parties filed a joint stipulation to extend Defendants' time to respond to Plaintiffs' Complaint. On June 5, 2025, the Court granted the joint stipulation to extend Defendants' time to respond to Plaintiffs' Complaint and to continue the Case Management Conference and related deadlines.

9. From June 5, 2025, through August 8, 2025, the parties have continued to engage in settlement discussions and feel that early resolution of this matter is imminent.

10. For the foregoing reasons, Plaintiffs, Defendants BCH Oakland, Ms. Ednacot, Dr. Holmes, The Regents, and Ms. Reilly jointly and respectfully request that the Court extend the deadlines as follows:

| Case Management Event | Current Deadline | Proposed Deadline |
|---|---|---|
| BCH Oakland, Ms. Ednacot, Dr. Holmes, The Regents and Ms. Reilly's Response to the Complaint | 9/2/25 | 11/3/25 |
| Deadline to file ADR Certification. (See ADR L.R. 3) | 8/18/25 | 11/18/25 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (See F.R. Civ. P. 26(f)) | 8/18/25 | 11/18/25 |
| Deadline to make initial disclosures. (See F.R. Civ. P. 26(a)(1)) | 9/2/25 | 11/3/25 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 9/2/25 | 11/3/25 |

2

**STIPULATION AND ~~PROPOSED~~ ORDER**　　　　　　　　　　　Case No. 3:25-cv-01399-RFL
(BE-165)

| Initial Case Management Conference | 9/10/25 10 a.m. | **11/12/2025**<br>~~11/10/25~~ 10 a.m. |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully submitted this 11th day of August 2025.

*IT IS SO ORDERED AS MODIFIED*
*Judge Rita F. Lin*

NARAYAN TRAVELSTEAD KU P.C.

 /s/ Timothy Travelstead
Timothy C. Travelstead, Esq.
Scott C. Ku, Esq.
Attorneys for Defendants
Children's Hospital & Research Center at Oakland, Michelle Ednacot, and Dr. Nicholas Holmes

WILMER CUTLER PICKERING HALE AND DORR LLP

 /s/ Felicia H. Ellsworth
Felicia H. Ellsworth*
Debo Adegbile*
Attorneys for Defendants
The Regents of the University of California and Janet Reilly
*admitted pro hac vice

PACIFIC LEGAL FOUNDATION

 /s/ Haley Dutch
Andrew R. Quinio, Esq.
Haley Dutch*, Esq.
Attorneys for Plaintiffs
*pro hac vice

3

**STIPULATION AND ~~PROPOSED~~ ORDER**  Case No. 3:25-cv-01399-RFL
(BE-165)