Timothy C. Travelstead, Esq. (SBN 215260)
Scott C. Ku, Esq. (SBN 314970)
NARAYAN TRAVELSTEAD KU P.C.
7901 Stoneridge Drive, Suite 230
Pleasanton, CA 94588
Telephone: (650) 403-0150
*Email: t.travelstead@ntkattorneys.com*
*Email: s.ku@ntkattorneys.com*
Attorneys for Defendants
Children's Hospital & Research Center At
Oakland[1], Michelle Ednacot, And Dr. Nicholas
Holmes

Felicia H. Ellsworth*
Debo Adegbile*
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
*Email: felicia.ellsworth@wilmerhale.com*
*Email: debo.adegbile@wilmerhale.com*
Attorneys for Defendants
The Regents of the University of California
and Janet Reilly
*admitted pro hac vice

Andrew R. Quinio
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
*Email: aquinio@pacificlegal.org*
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

G.H., a minor, by REBECCA HOOLEY the mother, legal guardian, and next friend of G.H.

Plaintiffs,

v.

UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; UCSF BENIOFF CHILDREN'S HOSPITALS; MICHELLE EDNACOT, in her individual and official capacity as the CHAMPS program manager at UCSF BENIOFF CHILDREN'S HOSPITAL OAKLAND; DR. NICHOLAS HOLMES, in his individual and official capacity as President of UCSF BENIOFF CHILDREN'S HOSPITALS; and JANET REILLY, in her official capacity as President of the UNIVERSITY OF CALIFORNIA BOARD OF REGENTS,

Defendants.

Case No. 3:25-cv-01399-RFL

**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION TO VACATE FUTURE DEADLINES AND [PROPOSED ORDER]**

Date Action Filed:    February 11, 2025
Trial Date:             None

---

[1] Erroneously sued as "UCSF BENIOFF CHILDREN'S HOSPITALS."

**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION TO VACATE FUTURE DEADLINES AND [PROPOSED ORDER]**                    **Case No. 3:25-cv-01399-RFL**
(BE-165)

## NOTICE OF CONDITIONAL SETTLEMENT & JOINT STIPULATION

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: The Plaintiffs, G.H., a minor, by REBECCA HOOLEY, the mother, legal guardian, and next friend of G.H., and Defendants Children's Hospital & Research Center at Oakland ("BCH Oakland"), Michelle Ednacot, Dr. Nicholas Holmes, The Regents of the University of California ("The Regents"), and Janet Reilly (collectively "Defendants"), each through their respective attorneys of record, submit this Notice of Conditional Settlement and Joint Stipulation. The parties are finalizing a settlement that will resolve claims as to all Defendants. Pursuant to the terms of the Settlement Agreement, Plaintiffs will request dismissal of this entire Action upon satisfaction of the conditions set forth therein.

In light of this conditional settlement, the parties hereby stipulate, and agree as follows:

That the Court vacate all deadlines governing this case, including Defendants' deadline to file a responsive pleading, with the understanding that Plaintiffs will file a request for dismissal of the Action following completion of the conditional terms of settlement.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Respectfully submitted this 26th day of November 2025.

NARAYAN TRAVELSTEAD KU P.C.

*/s/ Timothy C. Travelstead*
Timothy C. Travelstead, Esq.
Scott C. Ku, Esq.
Attorneys for Defendants
Children's Hospital & Research Center at Oakland,
Michelle Ednacot, and Dr. Nicholas Holmes

WILMER CUTLER PICKERING HALE AND DORR LLP


/s/ Felicia H. Ellsworth
Felicia H. Ellsworth*
Debo Adegbile*
Attorneys for Defendants
The Regents of the University of California and Janet Reilly
*admitted pro hac vice


PACIFIC LEGAL FOUNDATION


/s/ Andrew R. Quinio
Andrew R. Quinio, Esq.
Attorneys for Plaintiffs

2

**NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION TO VACATE FUTURE DEADLINES AND [PROPOSED ORDER]**          **Case No. 3:25-cv-01399-RFL**
(BE-165)