ANDREW R. QUINIO, No. 288101
Email: AQuinio@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiff G.H., a minor,
by Rebecca Hooley*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.H., a minor, by REBECCA HOOLEY the mother, legal guardian, and next friend of G.H.<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; UCSF BENIOFF CHILDREN'S HOSPITALS; MICHELLE EDNACOT, in her individual and official capacity as the CHAMPS program manager at UCSF BENIOFF CHILDREN'S HOSPITAL OAKLAND; DR. NICHOLAS HOLMES, in his individual and official capacity as President of UCSF BENIOFF CHILDREN'S HOSPITALS; and JANET REILLY, in her official capacity as President of the UNIVERSITY OF CALIFORNIA BOARD OF REGENTS,<br><br>Defendants. | Case No. 3:25-cv-01399-RFL<br><br>**JOINT FURTHER STATUS REPORT RE: SETTLEMENT**<br><br>Date Action Filed: February 11, 2025<br>Trial Date: None |

Pursuant to the Court's Order of February 2, 2026, Dkt. 44, Plaintiffs, G.H., a minor, by REBECCA HOOLEY, the mother, legal guardian, and next friend of G.H.; and Defendants Children's Hospital & Research Center at Oakland ("BCH Oakland"), Michelle Ednacot, Dr. Nicholas Holmes, The Regents of the University of California ("The Regents") and Janet Reilly (collectively "Defendants"), jointly provide the following status report to the Court:

1.      On November 16, 2025, the parties issued a Notice of Conditional Settlement and Joint Stipulation to Vacate Future Deadlines, Dkt. 40, informing the Court that they were finalizing a settlement that will resolve claims against the Defendants, and stipulating to vacate all deadlines governing this matter. The Court granted the parties' stipulation on December 1, 2025. Dkt. 41.

2.      On December 8, 2025, the Court vacated the initial case management conference. Dkt. 42.

3.      Since the Parties' status report of January 30, 2026, Dkt. 44, the Parties have continued to meet and confer in good faith to agree upon and prepare terms of the written settlement agreement. Given the anticipated settlement of claims in this matter of a minor plaintiff, Plaintiffs plan to file a Petition for Approval of Settlement and Compromise of Minor's Claims. The Parties thus estimate that the written settlement agreement can be finalized and petition submitted within the next 45 days.

DATED: March 2, 2026.

Respectfully submitted,

PACIFIC LEGAL FOUNDATION

 /s/ *Andrew R. Quinio*
Andrew R. Quinio
*Attorney for Plaintiff*

NARAYAN TRAVELSTEAD KU P.C.

 /s/ *Timothy C. Travelstead*
Timothy C. Travelstead, Esq.
Scott C. Ku, Esq.
*Attorneys for Defendants Children's Hospital & Research Center at Oakland, Michelle Ednacot, and Dr. Nicholas Holmes*

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth*
Debo Adegbile*

*Attorneys for Defendants the Regents of the University of California and Janet Reilly*