ANDREW R. QUINIO, No. 288101
Email: AQuinio@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorney for Plaintiff G.H., a minor,
by Rebecca Hooley*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.H., a minor, by REBECCA HOOLEY the mother, legal guardian, and next friend of G.H.<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; UCSF BENIOFF CHILDREN'S HOSPITALS; MICHELLE EDNACOT, in her individual and official capacity as the CHAMPS program manager at UCSF BENIOFF CHILDREN'S HOSPITAL OAKLAND; DR. NICHOLAS HOLMES, in his individual and official capacity as President of UCSF BENIOFF CHILDREN'S HOSPITALS; and JANET REILLY, in her official capacity as President of the UNIVERSITY OF CALIFORNIA BOARD OF REGENTS,<br><br>Defendants. | Case No. 3:25-cv-01399-RFL<br><br>**JOINT FURTHER STATUS REPORT RE: SETTLEMENT**<br><br>Date Action Filed: February 11, 2025<br>Trial Date: None |

Pursuant to the Court's Order of March 2, 2026, Dkt. 46, Plaintiffs, G.H., a minor, by REBECCA HOOLEY, the mother, legal guardian, and next friend of G.H.; and Defendants Children's Hospital & Research Center at Oakland ("BCH Oakland"), Michelle Ednacot, Dr. Nicholas Holmes, The Regents of the University of California ("The Regents") and Janet Reilly (collectively "Defendants"), jointly provide the following status report to the Court:

1.     On November 26, 2025, the parties issued a Notice of Conditional Settlement and Joint Stipulation to Vacate Future Deadlines, Dkt. 40, informing the Court that they were finalizing

a settlement that will resolve claims as to all Defendants, and stipulating to vacate all deadlines governing this matter. The Court granted the Parties' stipulation on December 1, 2025. Dkt. 41.

2.      On December 8, 2025, the Court vacated the initial case management conference. Dkt. 42.

3.      Since the Parties' status report of March 2, 2026, Dkt. 45, Plaintiffs and BCH Oakland have agreed to and executed the written settlement agreement. Plaintiffs require additional time to file the Petition for Approval of Settlement and Compromise of Minor's Claims and estimate filing it within 21 days.

DATED: April 16, 2026.

Respectfully submitted,

PACIFIC LEGAL FOUNDATION

 /s/ *Andrew R. Quinio*
Andrew R. Quinio
*Attorney for Plaintiff*


NARAYAN TRAVELSTEAD KU P.C.

 /s/ *Timothy C. Travelstead*
Timothy C. Travelstead, Esq.
Scott C. Ku, Esq.
*Attorneys for Defendants Children's Hospital & Research Center at Oakland, Michelle Ednacot, and Dr. Nicholas Holmes*


WILMER CUTLER PICKERING HALE AND DORR LLP

 /s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth*
Debo Adegbile*

*Attorneys for Defendants the Regents of the University of California and Janet Reilly*
* pro hac vice