UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. H., et al., | Case No.  25-cv-01399-RFL |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE RE SEALING** |
| UNIVERSITY OF CALIFORNIA BOARD OF REGENTS, et al., | Re: Dkt. No. 49 |
| Defendants. | |

On April 8, 2026, Plaintiffs and BCH Oakland executed a Settlement Agreement resolving Plaintiffs' claims against all Defendants in this action.  (Dkt. No. 49-3.)  The Settlement Agreement is contingent upon the Court's approval of the minor's compromise, and identifies minor Plaintiff G.H. by name.  Plaintiffs have filed an unopposed motion requesting that the Petition for Approval and Settlement Agreement be filed under seal.  (Dkt. No. 49.) However, given that the alleged facts of the case have already been publicly disclosed in the Complaint (Dkt. No. 1), the authority Plaintiffs cite only supports redacting G.H.'s identifying information and the amount G.H. will receive in the settlement.  *See*, *e.g.*, *Huff v. Thousandshores, Inc.*, No. 21-cv-02173-HSG, 2022 WL 547109, at *3 (N.D. Cal. Jan. 5, 2022). Plaintiffs have not provided a compelling reason for complete sealing.

Therefore, Plaintiffs are **ORDERED TO SHOW CAUSE** by <u>**June 1, 2026**</u> why the rest of the Petition for Approval and Settlement Agreement should remain sealed.  Plaintiffs must either provide supplemental authority supporting complete sealing, or they must file an updated version of Dkt. Nos. 49-3 and 49-4 that redact only G.H.'s identifying information and the

1

amount G.H. will receive in the settlement.

**IT IS SO ORDERED.**

Dated: May 18, 2026

_____
RITA F. LIN
United States District Judge