Timothy C. Travelstead, Esq. (SBN 215260)
Scott C. Ku, Esq. (SBN 314970)
NARAYAN TRAVELSTEAD KU P.C.
7901 Stoneridge Drive, Suite 230
Pleasanton, CA 94588
Telephone: (650) 403-0150
*Email: t.travelstead@ntkattorneys.com*
*Email: s.ku@ntkattorneys.com*
Attorneys for Defendants
Children's Hospital & Research Center At
Oakland[1], Michelle Ednacot, And Dr. Nicholas
Holmes

Felicia H. Ellsworth*
Debo Adegbile*
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
*Email: felicia.ellsworth@wilmerhale.com*
*Email: debo.adegbile@wilmerhale.com*
Attorneys for Defendants
The Regents of the University of California
and Janet Reilly
*admitted pro hac vice

Andrew R. Quinio
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
*Email: aquinio@pacificlegal.org*
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

G.H., a minor, by REBECCA HOOLEY the mother, legal guardian, and next friend of G.H.

Plaintiffs,

v.

UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; UCSF BENIOFF CHILDREN'S HOSPITALS; MICHELLE EDNACOT, in her individual and official capacity as the CHAMPS program manager at UCSF BENIOFF CHILDREN'S HOSPITAL OAKLAND; DR. NICHOLAS HOLMES, in his individual and official capacity as President of UCSF BENIOFF CHILDREN'S HOSPITALS; and JANET REILLY, in her official capacity as President of the UNIVERSITY OF CALIFORNIA BOARD OF REGENTS,

Defendants.

Case No. 3:25-cv-01399-RFL

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Date Action Filed:    February 11, 2025
Trial Date:           None

---

[1] Erroneously sued as "UCSF BENIOFF CHILDREN'S HOSPITALS."

NOTICE OF DISMISSAL WITH PREJUDICE                    Case No. 3:25-cv-01399-RFL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, G.H., a minor, by REBECCA HOOLEY, the mother, legal guardian, and next friend of G.H., voluntarily dismiss this action with prejudice against Defendants Children's Hospital & Research Center at Oakland ("BCH Oakland"), Michelle Ednacot, Dr. Nicholas Holmes, The Regents of the University of California ("The Regents") and Janet Reilly (collectively "Defendants").

1.      Plaintiffs filed the Complaint in this matter on February 11, 2025, for declaratory relief and monetary damages, alleging that Defendants violated the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution; 42 U.S.C. § 1981; Title VI of the 1964 Civil Rights Act; and Article I, Section 31 of the California Constitution. Dkt. No. 1.

2.      On November 26, 2025, the parties filed a Notice of Conditional Settlement and Joint Stipulation to Vacate Future Deadlines. Dkt. No. 40.

3.      On or about April 8, 2026, Plaintiffs and BCH Oakland fully executed an agreement to settle this action.

It is therefore requested that this action be dismissed with prejudice against all Defendants, and that the Court retain jurisdiction to enforce the settlement agreement.

Respectfully submitted this 12th day of June, 2026.


PACIFIC LEGAL FOUNDATION


_____
Andrew R. Quinio, Esq.
Attorneys for Plaintiffs

NOTICE OF DISMISSAL WITH PREJUDICE                    Case No. 3:25-cv-01399-RFL

**ORDER**

This case is dismissed with prejudice and the Court shall retain jurisdiction for the purpose of enforcing Plaintiffs and BCH Oakland's settlement agreement and resolving any disputes between Plaintiffs and BCH Oakland with respect to any terms of the settlement agreement.

IT IS SO ORDERED.

Dated:_____                                    _____
                                                 Honorable Rita F. Lin, Judge
                                                 United States District Court

NOTICE OF DISMISSAL WITH PREJUDICE                    Case No. 3:25-cv-01399-RFL